⚖AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 11, 2004 |
| NAME OF SERVER (PRINT) William H. Dunstrup, III | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by delivering in-hand to Christina Bonney, Process Specialist, Bayer Corporation c/o CT Corp., 101 Federal St., Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/11/04
            Date           Signature of Server

            92 State St., Boston, MA 02109
            Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Nicholas T. Zervas

V.

Bayer AG, Bayer Corp., GlaxoSmithKline plc, and SmithKline Beecham Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 10396 MLW**

TO: (Name and address of Defendant)

Bayer Corp.
100 Bayer Road
Pittsburgh, Pennsylvania 15205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy P. O'Neill
HANIFY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 27 2004