◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Nicholas T. Zervas

**SUMMONS IN A CIVIL ACTION**

V.

Bayer AG, Bayer Corp., GlaxoSmithKline plc, and
SmithKline Beecham Corp.

CASE NUMBER:

**04 10396 MLW**

TO: (Name and address of Defendant)

SmithKline Beecham Corp.
One Franklin Plaza
200 North 16th Street
Philadelphia, Pennsylvania 19102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy P. O'Neill
HANIFY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

FEB 27 2004

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 12, 2004 |
| NAME OF SERVER (PRINT) William H. Dewsnap, III | TITLE Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by delivering in-hand to Bernardo Montanez, Process Specialist, SmithKline Beecham Corp. c/o CSC, 84 State St., Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/04
            Date                 Signature of Server

92 State St., Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.