UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NICHOLAS T. ZERVAS,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER AG, BAYER CORPORATION,<br>GLAXOSMITHKLINE, PLC, and<br>SMITHKLINE BEECHAM CORP.,<br><br>    Defendants. | CIVIL ACTION NO. 04-10396-MLW<br>(pending transfer to In Re Baycol<br>Products Liability Litigation,<br>MDL No. 1431 (D. Minn.)) |

## DISCLOSURE STATEMENT OF BAYER CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Bayer Corporation ("Bayer") in the above-captioned action makes the following disclosure statement concerning its parent corporation and whether any publicly held corporation holds ten percent or more of the stock of Bayer: BAYER AG is Bayer's parent corporation, and no other publicly held corporation holds ten percent or more of the stock of Bayer.

Respectfully submitted,

BAYER CORPORATION

By its attorneys,

_____
Brian A. Davis (BBO No. 546462)
Raymond A. O'Brien (BBO No. 629753)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tele: 617-248-5000

Date: April 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure Statement of Bayer Corporation was served upon the following counsel of record by first class mail, postage prepaid, this 30th day of April, 2004:

> Timothy P. O'Neill
> Michael R. Perry
> Theodore J. Folkman
> HANIFY & KING, P.C.
> One Beacon Street
> Boston, MA 02018
>
> Timothy C. Blank, Esq.
> DECHERT, PRICE & RHOADS
> Ten Post Office Square
> Boston, MA 02109
>
> Hope S. Freiwald, Esq.
> Stephen P. McFate, Esq.
> DECHERT, PRICE & RHOADS
> 1717 Arch Street
> Philadelphia, PA 19103-2793

_____
Raymond A. O'Brien

3680383_1.DOC