AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Nicholas T. Zervas

**SUMMONS IN A CIVIL ACTION**

V.

Bayer AG, Bayer Corp., GlaxoSmithKline plc, and SmithKline Beecham Corp.

CASE NUMBER:

# 04 10396 MLW

TO: (Name and address of Defendant)

GlaxoSmithKline, plc
980 Great West Road
Brentford
Middlesex TW8 9GS
England

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy P. O'Neill
HANIFY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108
U.S.A.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    FEB 27 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                                  *Signature of Server*

                                                  _____
                                                  *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| United States District Court for the District of Massachusetts<br>1 Courthouse Way<br>Boston, Massachusetts 02210<br>U.S.A. | Senior Master of the Supreme Court<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand<br>London, W.C. 2A 2LL<br>England |

04 10396 MLW

The undersigned applicant has the honour to transmit—in duplicate—the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* __GlaxoSmithKline, plc, 980 Great West Road, Brentford, Middlesex TW8 9GS, England__

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :* _____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes —avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

__Summons__
__Complaint__
__Civil Action Cover Sheet__
__District of Massachusetts Cover Sheet__

Done at _____, the 27 Feb. 2004
*Fait à* Boston, Massachusetts *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Deputy Clerk

*Delete if inappropriate.
*Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

**04 10396 MLW**

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, U.S.A.

**Particulars of the parties*:**
*Identité des parties:* The plaintiff is Nicholas T. Zervas, M.D., c/o Timothy P. O'Neill, Esq., Hanify & King, P.C., One Beacon Street, Boston, Massachusetts 02108, U.S.A.

### JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:* The documents are a writ of summons and a complaint for damages, and procedural forms required to be filed upon commencement of an action.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* The plaintiff seeks unspecified damages in excess of $75,000 arising out of his injuries resulting from his use of a defective drug.

~~Date and place for entering appearance**:~~
~~Date et lieu de comparution:~~

~~Court which has given judgment**~~
~~Juridiction qui a rendu la décision:~~ N/A

~~Date of judgment**:~~
~~Date de la décision:~~ N/A

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* The defendant is required to serve an answer to the complaint on the plaintiff's attorney within 20 days after service of the summons, exclusive of the day of service and to file it with the Court within a reasonable time after service.

~~EXTRAJUDICIAL DOCUMENT**~~
~~ACTE EXTRAJUDICIAIRE~~

~~Nature and purpose of the document:~~
~~Nature et objet de l'acte:~~

~~Time limits stated in the document**:~~
~~Indication des délais figurant dans l'acte:~~

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles*

3

*U.S. GPO: 1995-387-155/22596

RECEIVED
MAY 17 2004
HANIFY & KING, PC

SFP 2004-2080

## CERTIFICATE - ATTESTATION

*The undersigned authority has the honour to certify, in conformity with article 6 of the Convention*
*L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.*

1) that the document has been served the (date) 04 May 2004
que le demande a ete executee    le (date)

-at (place, street, number) 980 Great West Road, Brentford, Middlesex, TW8 9GS
-a (localite, rue, numero)

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to: RICHARD STEPHENS Glaxosmithkline Plc
Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)        RICHARD STEPHENS

- relationship to the addressee (family, business or other)    CORPORATE MANAGER
- liens de parente de subordination ou autres avec
le desinataire de l'acts Officer of the Company

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee en ra
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees



Done at London
fait a

in appropriate cases, documents
establishing the service:

the 10 May, 2004
le