# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 27, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

FILED
CLERKS OFFICE
2004 JUN -1 P 4:41
U.S. DISTRICT COURT
DISTRICT OF MASS

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-38)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on May 11 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 11 2004

FILED CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-38)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,328 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 27 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-38 - TAG ALONG CASES
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 3 | 04-161 | Brenda Farrow, etc. v. Bayer AG, et al. |
| COLORADO | | | |
| CO | 1 | 04-428 | Blanch Crow, et al. v. Bayer AG, et al. |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 04-65 | Ruby Land v. Bayer AG, et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 04-562 | Bettye J. Fluker, et al. Bayer Corp., et al. |
| LAE | 2 | 04-563 | Carolyn M. Romare, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-564 | Michael Joseph Pertuit, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-577 | Marjorie W. Schaefer v. Bayer Corp., et al. |
| MASSACHUSETTS | | | |
| MA | 1 | 04-10396 | Nicholas T. Zervas v. Bayer AG, et al. |
| MARYLAND | | | |
| MD | 1 | 04-443 | Willis J. Windsor v. Bayer Corp., et al. |
| MD | 1 | 04-491 | Assunda Nuth v. Bayer Corp., et al. |
| MD | 1 | 04-595 | Anna Behrman, et al. v. Bayer Corp., et al. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 2 | 04-57 | Melvin Lee Scott v. Bayer Corp., et al. |
| MSN | 2 | 04-58 | Willie Mae Townsend v. Bayer Corp., et al. |
| MSN | 3 | 04-28 | James Townsend v. Bayer Corp., et al. |
| MSN | 4 | 04-38 | Martilla Bell, et al. v. Bayer Corp., et al. |
| MSN | 4 | 04-40 | Robert Neal, Jr. v. Bayer Corp., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 1 | 04-56 | Rufus Russell Baygents v. Bayer AG, et al. |
| MSS | 2 | 03-618 | Jerry D. Atterberry v. Bayer Corp., et al. |
| MSS | 2 | 04-73 | Rosella Pierce, et al. v. Bayer Corp., et al. |
| MSS | 2 | 04-74 | Selvyn Rayborn, et al. v. Bayer Corp., et al. |
| MSS | 3 | 04-99 | Roann Tiller v. Bayer Corp., et al. |
| MSS | 3 | 04-100 | Fabian Hill, etc. v. Bayer Corp., et al. |
| NEW YORK EASTERN | | | |
| NYE | 2 | 04-694 | Roy Diton, et al. v. Bayer Corp., et al. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 03-9566 | Jodeane Horner, et al v. Bayer Corp., et al. |
| NYS | 1 | 03-9704 | Jeff Kemp, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9705 | Evelyn Tilson, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9707 | Walter Center, et al. v Bayer Corp., et al. |
| NYS | 1 | 03-9708 | Dolores Greenlee, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9712 | Max Mena, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9876 | Arlene Albright, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9877 | Barbara Finch, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9878 | Frances Gordon, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9879 | Mari Munk, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9880 | Kenneth Jordan, et al. v. Bayer Corp., et al. |

**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-38**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Mary Melissa Baltz
Butler Snow O'mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Timothy C. Blank
Dechert, LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116

Cary B. Bryson
Bryson Law Firm
217 W. University Boulevard
Lafayette, LA 70506

Philip H. Butler
Bradley Arant Rose & White, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Stuart W. Emmons
Federman & Sherwood
120 Robinson N., Suite 2720
Oklahoma City, OK 73102

William B. Federman
Federman & Sherwood
120 North Robinson Ave., Suite 2720
Oklahoma City, OK 73102

Amy S. Fischer
Foliart Huff Ottaway & Caldwell
120 North Robinson Ave., 20th Floor
Oklahoma City, OK 73102

Dean V. Fleming
Fulbright & Jaworski
300 Convent
#2200
San Antonio, TX 78205-3792

Thomas R. Frazer, II
Frasier & Davidson, P.A.
500 E. Capitol Street
Jackson, MS 39201

James W. Gewin
Bradley Arant Rose & White, LLP
P.O. Box 830709
Birmingham, AL 35283-0709

Daniela Gonzales
Davis, Graham & Stubbs LLP
U.S. District Court Box 03
1550 17th Street
#500
Denver, CO 80202-0185

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Fred M. Haston, III
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL 35203-2104

Donald Heller
8212 Harrogate Hill Road
Montgomery, AL 36117

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Brian P. Johnson
Johnson, Spalding, Doyle, West
& Trent
Bank One Center
910 Travis, Suite 1700
Houston, TX 77002

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05407-2305

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Beth L. Kaufman
Schoeman, Marsh & Updike, LLP
60 East 42nd Street, 39th Floor
New York, NY 10165

Ericka L. Kleiman
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Thomas J. Knight
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36201-1850

Richard N. Laminack
O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX 77002

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Barbara B. Litten
Steel, Hector & Davis, LLP
200 South Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

John J. Love
Alexander Law Office
120 North Robinson Avenue, 24th Floor
P.O. Box 868
Oklahoma City, OK 73101-0868

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-38
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. Lance M. Africk
U.S. District Judge
B-335 Hale Boggs Federal Bldg.
501 Magazine Street
New Orleans, LA 70130

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Helen G. Berrigan
Chief Judge, U.S. District Court
C-566 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3353

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Robert E. Blackburn
U.S. District Judge
C-226 Byron G. Rogers U.S. Courthouse
1929 Stout Street
Denver, CO 80294-3589

Hon. Richard C. Casey
U.S. District Judge
920 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Ron Clark
U.S. District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Howell Cobb
Senior U.S. District Judge
P.O. Box 632
Beaumont, TX 77704-0632

Hon. Denise Cote
U.S. District Judge
1040 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John C. Coughenour
Chief Judge, U.S. District Court
609 U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Mark E. Fuller
U.S. District Judge
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. David C. Godbey
U.S. District Judge
United States District Court
1358 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Louis Guirola, Jr.
U.S. Magistrate Judge
United States District Court
672 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Charles S. Haight, Jr.
U.S. District Judge
U.S. Courthouse, Foley Square
New York, NY 10007

Hon. Joe L. Heaton
U.S. District Judge
U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Barbara S. Jones
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Peter K. Leisure
Senior U.S. District Judge
1910 Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ivan L.R. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

~~Hon. Tim Leonard~~
~~U.S. District Judge~~
~~5012 U.S. Courthouse~~
~~200 N.W. 4th Street~~
~~Oklahoma City, OK 73102~~

Hon. Victor Marrero
U.S. District Judge
426 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. A. J. McNamara
Senior U.S. District Judge
C-107A U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3342

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-38
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
215 William Kenzo Nakamura U.S Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
243 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James R. Manspeaker, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Tony Anastas, Clerk
2300 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625