UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 21  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| NICHOLAS T. ZERVAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 04-10396-MLW |
| BAYER AG, BAYER CORPORATION, | ) | (pending transfer to In Re Baycol |
| GLAXOSMITHKLINE, PLC, and | ) | Products Liability Litigation, |
| SMITHKLINE BEECHAM CORP., | ) | MDL No. 1431 (D. Minn.)) |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DISCLOSURE STATEMENT OF BAYER AG

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

defendant Bayer AG in the above-captioned action makes the following disclosure:  (1) Bayer

AG has no parent corporation; and, (2) no publicly held corporation holds ten percent or more of

the stock of Bayer AG.

Respectfully submitted,

BAYER AG

By its attorneys,

Brian A. Davis (BBO No. 546462)
Raymond A. O'Brien (BBO No. 629753)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tele: 617-248-5000

Date:   June 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure Statement of Bayer AG was served upon the following counsel of record by first class mail, postage prepaid, this 21st day of June, 2004:

> Timothy P. O'Neill
> Michael R. Perry
> Theodore J. Folkman
> HANIFY & KING, P.C.
> One Beacon Street
> Boston, MA 02018
>
> Timothy C. Blank, Esq.
> DECHERT LLP
> Ten Post Office Square
> Boston, MA  02109
>
> Hope S. Freiwald, Esq.
> Stephen P. McFate, Esq.
> DECHERT LLP
> 1717 Arch Street
> Philadelphia, PA 19103-2793

Raymond A. O'Brien

3711992_1.DOC